# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-0890

———————————————

R.E.B.,

    Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES, et al.,

    Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

March 28, 2026

PER CURIAM.

    DISMISSED.

OSTERHAUS, C.J., and RAY and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

R.E.B., pro se, Petitioner.

No appearance for Respondent.